IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Jay Automotive Group, Inc. d/b/a Jay Suzuki,<br>    Plaintiff,<br><br>v.<br><br>American Suzuki Motor Corporation,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>NO. 4-11-CV-129-CDL |

## CONSENT MOTION REQUESTING TEMPORARY STAY OF RULE 16/26 REQUIREMENTS

Pursuant to this Court's October 5, 2011 Rule 16/26 Order, Plaintiff Jay Automotive Group, Inc. and Defendant American Suzuki Motor Corporation, by consent and through counsel, hereby move the Court to temporarily stay discovery pending the Court's resolution of Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

Submitted this 19th day of October, 2011.

*s/ Joel O. Wooten**
* signed with express permission by William B. Hill, Jr.
James E. Butler, Jr.
Georgia Bar No. 099625
Joel O. Wooten
Georgia Bar No. 776350
Kate S. Cook
Georgia Bar No. 280584

*s/ William B. Hill, Jr.*
William B. Hill, Jr.
Georgia Bar No. 354725
*williamhill@asherafuse.com*
Joseph C. Sharp
Georgia Bar No. 637965
*joesharp@asherafuse.com*
Matthew S. Knoop
Georgia Bar No. 140870
*mattknoop@asherafuse.com*

BUTLER, WOOTEN & FRYHOFER, LLP
P.O. Box 2766
Columbus, Georgia 31902
Telephone: (706) 322-1990
Facsimile: (706) 323-2962

ASHE, RAFUSE & HILL LLP
1355 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

Attorneys for Plaintiff
Jay Automotive Group, Inc.

Attorneys for Defendant
American Suzuki Motor Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| Jay Automotive Group, Inc. d/b/a Jay Suzuki, <br>     Plaintiff, <br><br> v. <br><br> American Suzuki Motor Corporation, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION <br> )    NO. 4-11-CV-129-CDL <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2011, I submitted the foregoing **CONSENT MOTION REQUESTING TEMPORARY STAY OF RULE 16/26 REQUIREMENTS** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorneys of record:

James E. Butler, Esq.
Joel O. Wooten, Esq.
Kate S. Cook, Esq.
BUTLER, WOOTEN & FRYHOFER, LLP
Post Office Box 2766
Columbus, Georgia 31902

                                              *s/ William B. Hill, Jr.*
                                              Attorney for Defendant