**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| Jay Automotive Group, Inc. d/b/a Jay Suzuki, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4-11-CV-129-CDL |
| American Suzuki Motor Corporation, | ) | |
| Defendant. | ) | |

**CONSENT MOTION REQUESTING STAY OF DISCOVERY**

Plaintiff Jay Automotive Group, Inc. d/b/a Jay Suzuki and Defendant American Suzuki Motor Corporation, by consent and through counsel, hereby move the Court to stay discovery up through and including July 12, 2012, to enable the parties to pursue resolution of this action prior to incurring the significant costs associated with the depositions contemplated in the Joint Scheduling Order.

The length of this proposed stay contemplates that the parties will informally exchange information and documents in efforts to resolve this matter, which will culminate in a mediation to be scheduled no later than June 15, 2012. Should this mediation fail, the proposed stay contemplates an approximate three-week period for the parties to negotiate a revised discovery schedule and to submit the same to the Court for approval. Both parties stipulate that neither party will be prejudiced by the good faith efforts to resolve and mediate this case and all rights to continue discovery, file motions and answer or object to outstanding discovery will be preserved.

Submitted this 24th day of April, 2012.

| | |
|---|---|
| *s/ James E. Butler, Jr.* | *s/ William B. Hill, Jr.* |
| * signed with express permission by William B. Hill, Jr. | William B. Hill, Jr. |
| James E. Butler, Jr. | Georgia Bar No. 354725 |
| Georgia Bar No. 099625 | *williamhill@asherafuse.com* |
| Joel O. Wooten | Joseph C. Sharp |
| Georgia Bar No. 776350 | Georgia Bar No. 637965 |
| Kate S. Cook | *joesharp@asherafuse.com* |
| Georgia Bar No. 280584 | Matthew S. Knoop |
| | Georgia Bar No. 140870 |
| | *mattknoop@asherafuse.com* |
| | |
| BUTLER, WOOTEN & FRYHOFER, LLP | ASHE, RAFUSE & HILL LLP |
| P.O. Box 2766 | 1355 Peachtree Street, N.E. |
| Columbus, Georgia 31902 | Suite 500 |
| Telephone: (706) 322-1990 | Atlanta, Georgia 30309-3232 |
| Facsimile: (706) 323-2962 | Telephone: (404) 253-6000 |
| | Facsimile: (404) 253-6060 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Jay Automotive Group, Inc. | American Suzuki Motor Corporation |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| Jay Automotive Group, Inc. d/b/a Jay Suzuki, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>American Suzuki Motor Corporation, )<br>    Defendant. ) | CIVIL ACTION<br>NO. 4-11-CV-129-CDL |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2012, I submitted the foregoing **CONSENT MOTION REQUESTING STAY OF DISCOVERY** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorneys of record:

James E. Butler, Esq.
Joel O. Wooten, Esq.
Kate S. Cook, Esq.
BUTLER, WOOTEN & FRYHOFER, LLP
Post Office Box 2766
Columbus, Georgia 31902

                                                *s/ William B. Hill, Jr.*
                                                Attorney for Defendant