UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Jay Automotive Group, Inc., d/b/a Jay Suzuki,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 4-11-cv-129(CDL) |
| ) | |
| American Suzuki Motor Corporation,   ) | |
| ) | |
| Defendant.   ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties to this action, by and through their counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), who after advising the Court that this case has been settled by and between the parties; all parties hereby stipulate that this action shall be dismissed with prejudice.

This 13th day of July, 2012.

**BUTLER, WOOTEN & FRYHOFER, LLP**

*s/Joel O. Wooten*
JOEL O. WOOTEN
Georgia Bar No:  776350
joel@butlerwooten.com
JAMES E. BUTLER, JR.
Georgia Bar No:  099625
jim@butlerwooten.com
KATE S. COOK
Georgia Bar No:  280584
kate@butlerwooten.com
P.O. Box 2766
Columbus, GA 31902-2766
T: 706-322-1990 / F: 706-323-2962

**ATTORNEYS FOR PLAINTIFF**

1

**ASHE, RAFUSE & HILL, LLP**

*s/William B. Hill, Jr.*
WILLIAM B. HILL, JR.
Georgia Bar No:  354725
 williamhill@asherafuse.com
 JOSEPH C. SHARP
 Georgia Bar No:  637965
 joesharp@asherafuse.com
 MATTHEW S. KNOOP
 Georgia Bar No:  140870
 mattknoop@asherafuse.com
 1355 Peachtree St., N.E.
 Suite 500
 Atlanta, GA  30309-3232
 T: 404-253-6000 / F: 404-253-6060


**NELSON, MULLINS, RILEY &
 SCARBOROUGH, LLP**
 Stephen G. Morrison
 steve.morrison@nelsonmullins.com
 Steven A. McKelvey. Jr.
 steve.mckelvey@nelsonmullins.com
 Paul T. Collins (Of Counsel)
 paul.collins@nelsonmullins.com
 Meridian, 17th Floor
 1320 Main Street
 Columbia, SC 29201

**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Jay Automotive Group, Inc., d/b/a Jay Suzuki, )<br>)<br>     **Plaintiff,** )<br>)<br>v.                                                             )<br>)<br>American Suzuki Motor Corporation,     )<br>)<br>     **Defendant.** ) | Civil Action No. 4-11-cv-129(CDL) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* has been filed and therefore served upon all parties via the CM/ECF system:

William B. Hill, Jr.
Joseph C. Sharp
Matthew S. Knoop
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, NE
Suite 500
Atlanta, GA 30309-3232

Stephen G. Morrison
Steven A. McKelvey, Jr.
Paul T. Collins (Of Counsel)
NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201

This 13th day of July, 2012.

                                           **BUTLER, WOOTEN & FRYHOFER, LLP**
                                           *s/Joel O. Wooten*
                                             Joel O. Wooten
                                             Attorney for Plaintiff